Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
IREETA MORRIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| IREETA MORRIS, | **Case No.:** 10-cv-01361 |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| MRS ASSOCIATES, INC., | |
| Defendant. | |

Based upon the Voluntary Dismissal by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  **December 29, 2010**          **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE

---

1

Order